SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
E-mail: usdceast@hubslaw.com

Attorneys for Plaintiff
Robert dodson

RHONDA CATE CANBY, SBN 171571
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
E-mail: rcanby@downeybrand.com

Attorney for Defendant
Sac Central LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>v.<br><br>SAC CENTRAL, LLC; CHEVY'S RESTAURANTS, LLC dba CHEVY'S FRESH MEX RESTAURANT #2011; MARSHALLS of CA, LLC dba MARSHALLS #79; OLD NAVY, LLC dba OLD NAVY #5532,<br><br>    Defendants.<br>_____/ | Case No. 2:09-CV-01646 MCE JFM<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff ROBERT DODSON, and defendant SAC CENTRAL, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant SAC CENTRAL, LLC *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant SAC CENTRAL, LLC.

Dated: September 30, 2097        DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff

Dated: September 30, 2009        DOWNEY BRAND LLP

*/s/ Rhonda Cate Canby*
RHONDA CATE CANBY
Attorney for Defendant SAC CENTRAL, LLC

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-CV-01646 MCE JFM, is hereby dismissed with prejudice **as to SAC CENTRAL LLC only.**

Dated: October 6, 2009

*[signature]*
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE