1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff ROBERT DODSON

6

7  GREGORY F. HURLEY, SBN 126791
   JEANNE V. McKEE, SBN 232950
   GREENBERG TRAURIG, LLP
8  3161 Michelson Drive, Suite 1000
   Irvine, CA 92612
9  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
10

11 Attorneys for Defendant
   CHEVY'S RESTAURANTS, LLC dba
   CHEVY'S FRESH MEX RESTAURANT #2011
12

13

14                 UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16

17 ROBERT DODSON,                    Case No. 2:09-cv-01646-MCE-KJN

18      Plaintiff,
                                     STIPULATION FOR DISMISSAL;
19 v.                                ORDER THEREON

20 SAC CENTRAL, LLC, et al.,

21      Defendants.
                                  /
22

23

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, CHEVY'S RESTAURANTS, LLC dba CHEVY'S FRESH MEX RESTAURANT #2011, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 18, 2010                         DISABLED ADVOCACY GROUP, APLC

 */s/ Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff ROBERT DODSON

Dated: August 18, 2010                         GREENBERG TRAURIG, LLP

 */s/ Gregory F. Hurley*
GREGORY F. HURLEY
Attorney for Defendant CHEVY'S RESTAURANTS, LLC dba CHEVY'S FRESH MEX RESTAURANT #2011

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-cv-01646-MCE-KJN, is hereby dismissed with prejudice. The Clerk is directed to close the file.

Dated: August 20, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal and [Proposed] Order Thereon

Dodson v. Sac Central, LLC, et al.
Case No. 2:09-cv-01646-MCE-KJN

- 2 -