UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

| | |
|---|---|
| ROBERT DODSON, | No. 2:09-cv-01646-MCE-KJN |
|     Plaintiff, | |
|   v. | **ORDER DENYING COSTS** |
| SAC CENTRAL, LLC; CHEVY'S RESTAURANTS, LLC dba CHEVY'S FRESH MEX RESTAURANT #2011, et al., | |
|     Defendants. | |

----oo0oo----

Plaintiff instituted this action on June 15, 2009, seeking injunctive relief, declaratory relief and damages on account of alleged access barriers in contravention of the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq ("ADA") and related California statutes.  On August 18, 2010, pursuant to the parties' Stipulation of Dismissal, the matter was dismissed with prejudice.  The case was closed.  Defendant Chevy's Resaurants, LLC dba Chevy's Fresh Mex Restuarant ("Chevy's) subsequently filed its Bill of Costs in the sum of $908.15.

1

Plaintiff has objected to those claimed costs on grounds that his lawsuit has not been demonstrated to be "frivolous, unreasonable or without foundation", as it must in order to justify an award of costs to a prevailing defendant under the ADA. Brown v. Lucky Stores, Inc., 246 F.3d 1182, 1190 (9th Cir. 2001).

Given the parties' stipulation to dismissal and the lack of any findings in this matter, the Court agrees that the requisite showing to justify an award of costs in Defendant Chevy's favor has not been made. Chevy's Bill of Costs (ECF No. 29) is accordingly DENIED.

IT IS SO ORDERED.

Dated: February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE